UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCO ANTONIO TORRES, *on behalf of himself and others similarly situated*, | Case No.: 23 Civ. 5067 (CLP) |
| Plaintiff, | |
| -against- | |
| RANCHO EL TABACO DELI CORP.; EL POPO MINI MARKET CORP.; and JESUS LEAL, *individually*, | |
| Defendants. | |

The matter in the above-captioned action having been amicably resolved by and between the parties, and the court having approved the settlement as a fair and reasonable, it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the case shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party. The court shall retain jurisdiction to enforce the parties' settlement agreement.

Dated: Brooklyn, New York
Oct. 31, 2023

**CILENTI & COOPER, PLLC**
Attorneys for Plaintiff

*Peter Hans Cooper*
Peter H. Cooper, Esq.

**MILMAN LABUDA LAW GROUP PLLC**
Attorneys for Defendants

/s/ Matthew A. Brown
Joseph M. Labuda, Esq.
Matthew A. Brown, Esq.

So Ordered: *Cheryl L. Pollak*, U.S.M.J
December 1, 2023